**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
——————————— District of **Columbia** ———————————

TO:

**State of New York**
**New York Government**
**633 3rd Ave., 38th Floor**
**New York, NY  10017**

Civil Action, File Number ——— **07-1286  HHK**

**Norman A. Thomas**
———————————————————
V.
———————————————————

**District of Columbia Gov't. et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

... is form to the sender within ____ days, you (or the party on whose behalf you ...d in serving a summons and complaint in any other manner permitted by law.

...rm, you (or the party on whose behalf you are being served) must answer the ...ent. If you fail to do so, judgment by default will be taken against you for the

...and Acknowledgment of Receipt of Summons and Complaint By Mail was

_Signature (USMS Official)_

...ECEIPT OF SUMMONS AND COMPLAINT

...opy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.
———————————————————————

City, State and Zip Code
———————————————————————

Signature
———————————————————————

Relationship to Entity/Authority to Receive
———————————————————————

Service of Process
———————————————————————

Date of Signature
———————————————————————

**RECEIVED**

AUG **1 3** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299
(Rev. 6/95)

### USPS Return Receipt (rotated)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of New York
New York Government
633 3rd Ave., 38th Floor
New York, NY  10017

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0000 4984 5648

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

07-18-06  PCT  8-3-07