**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of **Columbia** _____

TO:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-1286    HHK__

__Norman A. Thomas__
__XXXXXXXXXXXX__

V.

__District of Columbia Gvt., et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[You must sign and date the ack]nowledgment on ALL COPIES. If you are served on behalf of a corporation, [unincorporated association (including a partnership), or ot]her entity, you must indicate under your signature your relationship to that entity. If [you are served on behalf of another person and you are au]thorized to receive process, you must indicate under your signature your authority.

[If you do not complete and return copy 1 and 2]of this form to the sender within ___ days, you (or the party on whose behalf you [are being served) may be required to pay any expenses in]curred in serving a summons and complaint in any other manner permitted by law.

[If you do complete and return copy 1 and 2 of] this form, you (or the party on whose behalf you are being served) must answer the [complaint within ___ days of the date those copies w]ere sent. If you fail to do so, judgment by default will be taken against you for the [relief demanded in the complaint.]

[I declare, under penalty of perjury, that this No]tice and Acknowledgment of Receipt of Summons and Complaint By Mail was [mailed on (date)]

_____
Signature (USMS Official)

**[ACKNOWLEDGMENT] OF RECEIPT OF SUMMONS AND COMPLAINT**

[I declare, under penalty of perjury, that I receiv]ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive
Service of Process

_____
Date of Signature        Fo[rm]