**U.S. Department of Justice**
**United States Marshals Service**

**RECEIVED**
AUG - - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
US Citzenship & Immigration Srvcs.
Dept. of Homeland Security
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-1286 HHK__

__Norman A. Thomas__

V.

__District of Columbia Gvt., et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,] [unincorporated association (including a partnership),] or other entity, you must indicate under your signature your relationship to that entity. If [you are served on behalf of another person and you are] authorized to receive process, you must indicate under *your* signature your authority.

[If you do not complete and return copies 1 an]d 2 of this form to the sender within _____ days, you (or the party on whose behalf you [are being served) may be required to pay any expenses] incurred in serving a summons and complaint in any other manner permitted by law.

[If you do complete and return copies 1 and 2] of this form, you (or the party on whose behalf you are being served) must answer the [complaint within 20 days of the date the copie]s were sent. If you fail to do so, judgment by default will be taken against you for the [relief demanded in the complaint.]

[I declare, under penalty of perjury, that this] Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was [mailed on this date.]

Signature (USMS Official)

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

[I declare, under penalty of perjury, that I receiv]ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)