IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORMAN A. THOMAS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1286 (HHK) |
| ) | |
| **DISTRICT OF COLUMBIA GOVERNMENT,** ) | |
| **ET AL** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Pursuant to Fed.R.Civ.P. 6(b), the United States Department of Homeland Security (DHS), the federal defendant, by and through the undersigned counsel, respectfully requests an enlargement of time up to and including November 6, to respond to plaintiff's complaint. DHS's response is currently due on October 5, 2007. The reason for the enlargement is the following:

1. On September 17, 2007, the undersigned counsel was assigned to the Civil Division. The plaintiff's case was one of many civil cases assigned to undersigned counsel. The undersigned counsel needs time to review the file and confer with agency counsel before filing a response.

2. The plaintiff's civil action challenges his deportation proceeding. The defendant has not conferred with plaintiff, who is *pro se,* because plaintiff is incarcerated.[1] An order granting the

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent

relief sought is attached hereto.

                                             Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

---

with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this   1st day of October, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

NORMAN THOMAS
520 Atlantic Avenue
York, Pennsylvania 17404


                                                                                                _____
                                                                                                BLANCHE L. BRUCE
                                                                                                Assistant United States Attorney
                                                                                                555 Fourth Street, N.W., Room E-4220
                                                                                                Washington, D.C. 20530
                                                                                                (202) 307-6078 (telephone)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORMAN A. THOMAS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 07-1286 (HHK)** |
| ) | |
| **DISTRICT OF COLUMBIA GOVERNMENT,** ) | |
| **ET AL** ) | |
| **Defendants.** ) | |

**ORDER**

UPON CONSIDERATION of the United States Department of Homeland Security's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this _____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including November 6, 2007, to answer, move or otherwise respond to plaintiff's Complaint.


Date _____          _____
                                     UNITED STATES DISTRICT JUDGE