UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORMAN A. THOMAS,

            Plaintiff,

v.

DISTRICT OF COLUMBIA GOVERNMENT, *et al.*,

            Defendants.

Civil Action No. 07-1286 (HHK)

**ORDER**

It is hereby

ORDERED that defendant "U.S. Citizenship and Immigration Services," Department of Homeland Security, file a response to plaintiff's "Motion for a [sic] Emergency Preliminary Injunction and a Temporary Restraining Order" not later than October 19, 2007.

SO ORDERED.

                                                /s/
                                     HENRY H. KENNEDY, JR.
                                     United States District Judge

Date: October 11, 2007