UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORMAN A. THOMAS,

        Plaintiff,

  v.

DISTRICT OF COLUMBIA GOVERNMENT,
*et al.*,

Civil Action No. 07-1286 (HHK)

## ORDER

Defendant Department of Homeland Security ("DHS") has filed a motion to dismiss. Because a ruling on the motion potentially could dispose of this case as against DHS, the Court hereby advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiff is advised that the Court will rule on DHS's motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to it. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). In addition, plaintiff's attention is directed to Rule 6(e) of the Federal Rules of Civil

Procedure, which provides:

> Whenever a party must or may act within a prescribed period after service and service is made under Rule 5(b)(2)(B), (C), or (D), 3 days are added after the prescribed period would otherwise expire[.]

Fed. R. Civ. P. 6(e). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendants' motion in this case carries with it the risk that the case will be dismissed in part.

Accordingly, it is hereby

ORDERED that plaintiff shall file his opposition or other response to DHS's motion to dismiss by **November 15, 2007**. If plaintiff fails to respond timely, the Court may grant DHS's motion as conceded, and summarily may dismiss the complaint as against DHS.

SO ORDERED.

/s/
HENRY H. KENNEDY, Jr.
United States District Judge

Date: October 22, 2007

-2-