UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
NORMAN A. THOMAS,                )
    Plaintiff,                            )
                                                       )
v.                                                   )   07CV-12868 (HHK)
                                                       )
DISTRICT OF COLUMBIA, et al  )
    Defendants,                        )
                                                       )
_____)

*PRAECIPE*

    Will the Clerk of the Court please note the entry of appearance by Frederick A. Douglas as counsel for Mr. Norman A. Thomas, Plaintiff, in the above-captioned matter.

    Respectfully submitted,

    DOUGLAS & BOYKIN PLLC

    /s/ Frederick A. Douglas
    Frederick A. Douglas, Bar No. 197897
    Douglas & Boykin PLLC
    1850 M Street, NW
    Suite 640
    Washington, D. C. 20036
    202-776-0370 (V)
    202-776-0975 (F)
    E-Mail: FADouglas@douglasboykin.com

Dated: November 8, 2007      *Counsel for Norman A. Thomas*