UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
NORMAN A. THOMAS,                 )
    Plaintiff,                    )
                                  )
    v.                            )   07CV-12868 (HHK)
                                  )
DISTRICT OF COLUMBIA, et al       )
    Defendants,                   )
_____)

**MOTION TO ENLARGE TIME TO**
**RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Norman A. Thomas, through undersigned counsel, hereby files the instant motion seeking an enlargement of time of up to and including December 28, 2007, to respond to each Defendant's Motion to Dismiss. Counsel respectfully submits that cause exists to grant the instant motion.

1. Norman A. Thomas is a *pro se* litigant who has brought before the Court a Complaint in which he complains of violation of the United States Constitution, and several United States Statutes. The graveman of his action is his assertion of denial of the "opportunity" to become a United States Citizen through the misfeasance and malfeasance of the District of Columbia and other entities. Mr. Thomas asserts, and the United States agrees, that he is presently subject to deportation to Jamaica. Mr. Thomas believes that if he obtains relief from this Court that the deportation order may be rescinded.

2. Defendants have filed Motions to Dismiss, which the Court has directed Mr. Thomas to respond to by November 9 and 15, 2007.

3. Mr. Thomas is in need of legal counsel to respond to the Motions and clarify his claims to this Court.  Unfortunately, undersigned counsel cannot timely respond to the Motions, in part because of just learning of Mr. Thomas plight and on November 7, 2007, agreeing to retention as counsel.

4. Further, based upon counsel's interview of Mr. Thomas, it is apparent that several court actions filed by Mr. Thomas must be obtained and reviewed as well as documents related to his parole, and its subsequent revocation, by the District of Columbia and/or federal authorities.

5. Moreover, counsel's appellate and trial commitments require that counsel seek an enlargement of several weeks time in order to meet previously scheduled court matters and properly respond to the Defendants Motions in the instant case.  Briefly, counsel has matters scheduled on: November 19, 2007, counsel must file Appellant's brief in *District of Columbia Water & Sewer Authority v. Schlosser,* in the United States Court of Appeals for the District of Columbia Circuit;  December 14, 2007, counsel must file Appellee's brief *Proctor v District of Columbia Housing Authority* in the District of Columbia Court of Appeals; in the Superior Court counsel has three filings due:1) on or before November 30, 2007, counsel must file a summary judgment motion in *Reid v WASA,*  2) on or before December 5, 2007 counsel must file additional memoranda in support of a summary judgment motion in *WMATA v WASA,* and thereafter on December 14, 2007, argue WASA's position before the court and 3) on or about December 17, counsel must file a summary judgment motion in *Spencer v The New Samaritan Baptist Church*; and finally during

    the second week of December 2007 counsel has several depositions scheduled in a multi-party wrongful death action.

6. Counsel has sought consent from the District of Columbia, and in so doing learned that the Office of the Attorney General no longer employs the person identified as its present lead counsel.  Ms. Patricia Jones, supervisor of the former lead attorney, advises that the Office of Attorney General does not take a position with regard to the granting or denial of the instant Motion.

7. Assistant United States Attorney Blanche Bruce will not be in her office until November 9, 2007, and was not reachable for comment.

WHEREFORE, Mr. Thomas, respectfully requests that the Court, grant this Motion for Enlargement of Time for a period up to and including December 28, 2007, in order to permit responses to Defendants' Motions to Dismiss

                                        Respectfully Submitted,

                                        /s/ *Frederick A. Douglas*
                                        Frederick A. Douglas, D.C. Bar No. 197897
                                        DOUGLAS & BOYKIN PLLC
                                        1850 M Street, NW
                                        Suite 640
                                        Washington, DC  20036-5839
                                        Telephone:  202-776-0370
                                        Facsimile:   202-776-0975

Dated: November 8, 2007                *Counsel for Norman A. Thomas*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
NORMAN A. THOMAS,            )
    Plaintiff,                         )
                                               )
    v.                                       )     07CV-12868 (HHK)
                                               )
DISTRICT OF COLUMBIA, et al  )
    Defendants,                       )
_____)

## ORDER

Upon consideration of Plaintiff's Motion to Enlarge Time to Respond to Defendants' Motions to Dismiss, and the record herein, it is this_____ day of November 2007,

**ORDERED** that Norman A. Thomas shall have up to and including December 28, 2007 to file his responsive pleadings.

**SO ORDERED**.

_____
Judge Henry H. Kennedy