UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN A. THOMAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Case No.: 07-1286 (HHK) |

### CONSENT MOTION TO EXTEND TIME BY WHICH PLAINTIFF MAY FILE HIS OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) Plaintiff, by and through counsel, respectfully requests that the Court extend the time until January 4, 2008 by which he may file oppositions to the motions to dismiss filed by Defendants Department of Homeland Security, the District of Columbia, and the District of Columbia Department of Corrections. There is good cause to grant Plaintiff's requested relief. Counsel for Plaintiff submits that an extension until January 4, 2008 is necessary in light of scheduling conflicts, so that counsel may review the pleadings with their client and Mr. Thomas may review the final draft and assent to its content. Defendants' counsel have consented to the requested relief.

December 28, 2007

Respectfully submitted,

*Monica O'Connell*
Curtis Boykin, Bar No. 444120
Frederick Douglas, Bar No. 197897
Monica O'Connell, Bar No. 976904
Douglas & Boykin PLLC
1850 M Street, N.W., Suite 640
Washington, D.C. 20005
202-776-0370
*Counsel for Norman A. Thomas*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN A. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 07-1286 (HHK) |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

## POINTS AND AUTHORITIES

1. Federal Rules of Civil Procedure 6(b)(1)(A)

2. All parties consent to the requested relief.

3. The requested relief is in furtherance of the fair interests of justice.

4. No party will be prejudiced if the requested extension is granted.

5. The record herein.

December 28, 2007

Respectfully submitted,

*Monica O'Connell*
Curtis Boykin, Bar No. 444120
Frederick Douglas, Bar No. 197897
Monica O'Connell, Bar No. 976904
Douglas & Boykin PLLC
1850 M Street, N.W., Suite 640
Washington, D.C. 20005
202-776-0370
moconnell@DouglasBoykin.com
*Counsel for Norman A. Thomas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December 2007, a true and correct copy of the foregoing Plaintiff's Consent Motion to Extend Time By Which Plaintiff May File Oppositions to Defendants' Motions to Dismiss was served via electronic filing to:

Blanche L. Bruce, Esq.
Assistant U.S. Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530

Sally L. Swann, Esq.
Vaughn Adams, Esq.
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001

_____
Monica O'Connell, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN A. THOMAS, </br></br>  Plaintiff, </br></br> v. </br></br> DISTRICT OF COLUMBIA, et al., </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No.: 07-1286 (HKK) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

This matter is before the Court on Plaintiff's Consent Motion to Extend Time By Which Plaintiff May File Oppositions to Defendants' Motions to Dismiss, it is this ___ day of _____, 200___,

ORDERED that Plaintiff's Consent Motion to Extend be, and it hereby is, granted; and it is further

ORDERED that Plaintiff may file oppositions to Defendants' motions to dismiss by, up to and including, January 4, 2008.

_____
**JUDGE HENRY H. KENNEDY**

Copies to:

Blanche L. Bruce, Esq.  
Assistant U.S. Attorney  
555 Fourth Street, N.W., Room E-4220  
Washington, D.C. 20530

Frederick A. Douglas, Esq.  
Douglas & Boykin PLLC  
1850 M Street, N.W., Suite 640  
Washington, D.C. 20036

Sally L. Swann, Esq.  
Vaughn Adams, Esq.  
Assistant Attorney General  
441 4th Street, N.W.  
6th Floor South  
Washington, D.C. 20001