UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN A. THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. ) | Civil Action No. 07-1286 (HHK) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY**

Defendant U.S. Citizenship and Immigration Services, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a two-week enlargement of time until January 28 , 2008 to file its reply. The defendant's reply is presently due Monday January 14, 2008. The ground for the extension is that Counsel for the defendant was out of town the week of January 7 to 11.

In compliance with LCvR 7(m), counsel contacted plaintiff's counsel, who consented to the extension.

Wherefore, it is respectfully requested that defendant have up to and including Monday January 28, 2008 to file a dispositive motion. A proposed order consistent with this motion is attached.

January 14, 2008

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
BLANCHE L. BRUCE
D.C. Bar No. 960245
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-6078

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORMAN A. THOMAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 07-1286 (HHK) |
| | ) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

UPON CONSIDERATION of Defendant U.S. Citizenship and Immigration Services Motion for Enlargement of Time to File A Reply, it is

HEREBY ORDERED that Defendant's Motion is granted, and it is

FURTHER ORDERED that Defendant shall have up to and including January 28, 2008 to file its reply.


Date_____                                      _____
                                                 UNITED STATES DISTRICT JUDGE